Keith Tyrone JOHNSON; Curtis A. Norfleet; William R. Snyder; John Pittman; Robert A. Ward, Plaintiffs—Appellants,

v.

Helen F. FAHEY; Virginia Parole Board Members, Defendants—Appellees.

No. 04–7677.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 9, 2005.

Decided: Feb. 16, 2005.

Keith Tyrone Johnson; Curtis A. Norfleet; William R. Snyder; John Pittman; Robert A. Ward, Appellants pro se.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by published per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Tyrone Johnson, Curtis A. Norfleet, William R. Snyder, John Pittman, and Robert A. Ward appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Norfleet v. Fahey,* CA–04–1075 (E.D.Va. Sept. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*